# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 5383**

DANIELLE BOBIN, Individually and on behalf of Herself and All Others Similarly Situated,

Plaintiff,

-v-

LAGARDÈRE SA, DAIMLER AG, RALPH D. CROSBY, JR., and JOHN LEAHY,

Defendant.

Case No._____

**Rule 7.1 Statement**

RECEIVED JUN 12 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff                                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

**Date:** June 12, 2008

**Signature of Attorney**

**Attorney Bar Code:** DS-4139

Form Rule7_1.pdf   SDNY Web 10/2007