JUDGE CEDARBAUM

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

DANIELLE BOBIN, Individually and on behalf of
Herself and All Others Similarly Situated,

Plaintiff,

V.

**SUMMONS IN A CIVIL ACTION**

LAGARDÈRE SA, DAIMLER AG, RALPH D.
CROSBY, JR., and JOHN LEAHY,

Defendants.

CASE NUMBER:

**08 CIV 5383**

TO: (Name and address of Defendant)

Daimler AG
c/o Daimler North America Corporation
CT Corporation System
111 Eighth Avenue
New York, New York 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian C. Kerr
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

| CLERK | | DATE | JUN 12 2008 |
|---|---|---|---|

(By) DEPUTY CLERK

B-133 Amount of Service or damages endorsed. Personal or substituted
Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

Blumbergs Law Products

©1986 BLUMBERG, INC.
PUBLISHER, NYC 10013

| | COURT | UNITED STATES DISTRICT COURT |
| --- | --- | --- |
| COUNTY OF | | SOUTHERN DISTRICT OF NEW YORK |

DANIELLE BOBIN, INDIVIDUALLY AND ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY SITUATED

*against*

LAGARDERE SA, DAIMLER AG, RALPH D. CROSBY, JR., AND
JOHN LEAHY

Plaintiff(s)

Defendant(s)

*Index No.* 08 CIV 5383

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**

SEE ATTACHED RIDER

STATE OF NEW YORK, COUNTY OF   NEW YORK   SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at   CORONA, NEW YORK

That on  6/13/08  at 1:25 P M., at  111 EIGHTH AVENUE, NEW YORK, NEW YORK
deponent served the within summons, *and complaint* on   DAIMLER AG   defendant therein named,

SEE ATTACHED RIDER   C/O DAIMLER NORTH AMERICA CORPORATION
CT CORPORATION SYSTEM

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a DOMESTIC   corporation, by delivering thereat a true copy *of each* to   SATTIE JAIRAM
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be   MANAGING AGENT   thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to   a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at   and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at   in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☒ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
6/16/08

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE
JUAN D. AGUIRRE

License No.  843839

**INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X    Case No. 08 CIV. 5383
DANIELLE BOBIN, INDIVIDUALLY AND ON BEHALF OF
HERSELF AND ALL OTHERS SIMILARLY SITUATED

                                           Plaintiffs

                     -against-                                    **RIDER TO**
                                                          **AFFIDAVIT OF SERVICE**

LAGARDERE SA, DAIMLER AG, RALPH D. CROSBY, JR.,
AND JOHN LEAHY

                                           Defendants,

--------------------------------------------------------------------------X

List Of Documents Served:

- Summons In A Civil Action;

- Complaint For Violation Of The Federal Securities Laws;

- Rule 7.1 Statement;

- Civil Cover Sheet;

- Individual Practices Of Judge Miriam Goldman Cedarbaum;

- Individual Practices Of Magistrate Judge Theodore H. Katz;

- Electronic Case Filing Rules & Instructions.