AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

DANIELLE BOBIN, Individually and on behalf of Herself and All Others Similarly Situated,

        Plaintiff,

V.

LAGARDÈRE SA, DAIMLER AG, RALPH D. CROSBY, JR., and JOHN LEAHY,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5383

TO: (Name and address of Defendant)

John Leahy
Airbus North America
198 Van Buren Street, Ste. 300
Herndon, VA 20170

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian C. Kerr
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 12 2008

J. MICHAEL McMAHON
CLERK

DATE

(By) DEPUTY CLERK

B151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

| | |
|---|---|
| COURT | UNITED STATES DISTRICT COURT |
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

DANIELLE BOBIN, INDIVIDUALLY AND ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

Plaintiff(s)

against

LAGARDERE SA, ET AL.,

Defendant(s)

Index No. 08 CIV 5383

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**
SEE ATTACHED RIDER

DISTRICT OF COLUMBIA ~~STATE OF NEW YORK~~, COUNTY OF            SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at Washington, DC

That on 06-25-2008 at 2:51 PM., at 198 Van Buren St., #300 Herndon, VA 20170 deponent served the within summons, and complaint on JOHN LEAHY defendant therein named, SEE ATTACHED RIDER

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a           corporation, by delivering thereat a true copy of each to           personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be           thereof.

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy of each to Rene Martin-Nagle (CO-WORKER) a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILED ON: 6/25/08 AT 4:00 P.M.
C/O AIRBUS NORTH AMERICA

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at           and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at 198 Van Buren St., #300, Herndon, VA 20170 in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. ~~Recipient wore ordinary civilian clothes and no military uniform~~. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 06-26-2008

Michael Molash
Notary Public, District of Columbia
My Commission Expires 7/14/2012

Peniner Shade

License No.

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANIELLE BOBIN, INDIVIDUALLY AND ON
BEHALF OF HERSELF AND ALL OTHERS
SIMILARLY SITUATED,

                        Plaintiffs,

    - against -

LAGARDERE SA, ET AL.,

                        Defendants.
------------------------------------------------------------------X

INDEX NO.
08 CIV 5383

RIDER TO AFFIDAVIT
OF SERVICE

LIST OF DOCUMENTS SERVED:

- SUMMONS IN A CIVIL CASE

- CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW

- RULE 7.1 STATEMENT

- CIVIL COVER SHEET

- INDIVIDUAL PRACTICES OF JUDGE MIRIAM GOLDMAN CEDARBAUM

- INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ

- ELECTRONIC CASE FILING RULES & INSTRUCTIONS