UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BOBIN, Individually and on behalf of Herself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>LAGARDÈRE SA, DAIMLER AG, RALPH D. CROSBY, JR., and JOHN LEAHY,<br><br>      Defendants. | Civil Action No. 08 Civ. 5383 (MGC) |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff, Danielle Bobin, hereby dismisses the within action as against defendants Lagardère SCA, Daimler AG, Ralph D. Crosby Jr., and John Leahy, without prejudice. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, dismissal without Court order is proper as this is not a voluntary dismissal of the claims of a certified class, *see* Fed. R. Civ. P. 23(e)(1)(A), and no answer or motion for summary judgment has yet been served by the opposing parties.

Dated: August 4, 2008

Respectfully Submitted,

*[signature]*

DREIER LLP
Daniel B. Scotti (DS-4139)
Brian C. Kerr (BK-6079)
499 Park Avenue
New York, New York 10022
212.328.6100

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be served upon the following via electronic mail and by electronic filing using the CM/ECF system, on this 4th day of August, 2008:

Paul C. Saunders, Esq.
Richard W. Clary, Esq.
Timothy G. Cameron, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475


Jonathan J. Lerner, Esq.
Lea Haber Kuck, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036


Warren R. Stern, Esq.
George T. Conway III, Esq.
Michael S. Winograd, Esq.
Wachtell, Lipton, Rosen & Katz LLP
51 West 52nd Street
New York, NY 10019


Dated: August 4, 2008
New York, New York

*Lauren Boswell*
Lauren Boswell